UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Kevin Sroga

                Plaintiff,

v.                                        Case No.: 1:16−cv−06965
                                               Honorable John Robert Blakey

John Doe, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2016:

      MINUTE entry before the Honorable John Robert Blakey:As explained in the accompanying Order, Plaintiffs application for leave to proceed in forma pauperis [4] is denied. Plaintiffs complaint [1] is dismissed in its entirety without prejudice. If Plaintiff believes he can allege facts sufficient to state a federal claim consistent with his obligations under Federal Rule of Civil Procedure 11, then he may submit an amended complaint by August 12, 2016. If Plaintiff fails to amend his complaint by this date, the case will be dismissed. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.