UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Kevin Sroga

                        Plaintiff,

v.                                            Case No.: 1:16−cv−06965
                                               Honorable John Robert Blakey

John Doe, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 14, 2016:

      MINUTE entry before the Honorable John Robert Blakey: On 7/27/16, this Court entered an Order denying Plaintiff's application for leave to proceed in forma pauperis and dismissing Plaintiff's complaint without prejudice [6]. The Court gave Plaintiff leave to file an amended complaint (to the extent he was able to do so consistent with his obligations under Rule 11) by 8/12/16, and advised Plaintiff that failure to file an amended complaint by that date would result in his case being summarily dismissed. Plaintiff requested an extension to 9/9/16 [8], and the Court granted that request [10]. Yet, to date, Plaintiff has not submitted an amended complaint, and he has not otherwise communicated with the Court. Accordingly, consistent with the Court's prior order, this case is hereby dismissed. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.